No. 71–224. SWENSON, WARDEN v. STIDHAM, 409 U. S. 224. Motion of respondent to modify this Court's opinion is hereby granted. The penultimate paragraph of the opinion is amended by striking the sentence reading, "Neither the District Court nor the Court of Appeals reached this issue" and substituting therefor the following: "The Court of Appeals did not reach this issue."

No. 72–214. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. v. WICHITA BOARD OF TRADE ET AL.; and

No. 72–433. INTERSTATE COMMERCE COMMISSION v. WICHITA BOARD OF TRADE ET AL. Appeals from D. C. Kan. [Probable jurisdiction noted, 409 U. S. 1005.] Motion of appellants for additional time for oral argument and for two counsel to argue granted. Five additional minutes allotted to both appellants and appellees for that purpose.

No. A–721 (72–434). BYRN, GUARDIAN v. NEW YORK CITY HEALTH & HOSPITALS CORP. ET AL. Appeal from Ct. App. N. Y. Application for temporary restraining order presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 72–630. HALL ET AL. v. COLE. C. A. 2d Cir. [Certiorari granted, 409 U. S. 1074.] Motion to dismiss writ as improvidently granted denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 72–5323. KEEBLE v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 409 U. S. 1037.] Motion of William J. Janklow, Esquire, to permit Mark V. Meierhenry, Esquire, to argue pro hac vice on behalf of petitioner granted.